JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Joaquin Gessa and Gina M. Gessa, h/w

**(b)** County of Residence of First Listed Plaintiff: Westchester, NY
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Michael H. Gaier, Esquire
1628 JFK Blvd., Ste. 400
Philadelphia, Pa 19103   (215) 751-0100

## DEFENDANTS
James Laurence Cannady and Ryder Truck Rental, LT and C&W Transportation Systems, LLC

County of Residence of First Listed Defendant: Washington DC
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☒ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/Accommodations / ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education / ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | / ☐ 550 Civil Rights | | | |
| | / ☐ 555 Prison Condition | | | |
| | / ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
U.S.C. §1332
Brief description of cause:
Diversity of Citizenship

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____
DOCKET NUMBER _____

DATE: 12/21/2018
SIGNATURE OF ATTORNEY OF RECORD: *(signature)*

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **JOAQUIN GESSA and** | : | |
| **GINA M. JESSA, h/w,** | : | |
| Plaintiffs | : | NO. |
| | : | |
| vs. | : | |
| | : | |
| **JAMES LAURENCE CANNADY** | : | |
| and | : | |
| **RYDER TRUCK RENTAL, LT,** | : | **JURY TRIAL DEMANDED** |
| | | |
| **C&W TRANSPORTATION** | : | |
| **SYSTEMS, LLC** | | |
| Defendants | : | |

Plaintiffs, Joaquin Gessa and Gina M. Gessa, h/w, by and through their counsel, hereby come complaining of Defendants, James Laurence Cannady and Ryder Truck Rental, LT, and C & W Transportation Systems, LLC and aver as follows:

### THE PARTIES

1. Plaintiffs, Joaquin Gessa and Gina M. Gessa, husband and wife, are adult individuals residing at 64 Oakland Avenue, Tuckahoe, NY 10707.

2. Defendant, James Laurence Cannady, is an adult individual residing at 909 New Jersey Avenue SE, Apt. 1008, Washington, DC 20003.

3. Defendant, Ryder Truck Rental, LT, is a corporation with a place of business located at 920 Brunswick Street, Baltimore, MD 21223.

4. Defendant, C&W Transportation Systems, LLC, is a corporation registered to do business at 4200 23rd Place, Temple Hills, MD 20748.

## JURISDICTION AND VENUE

5. Jurisdiction is proper pursuant to 28 U.S.C. §1332 because there is diversity of citizenship between the parties and the amount in controversy is above the jurisdictional limits.

6. Venue is proper because Defendant, Ryder Truck Rental, LT, regularly conducts business in Camden County at its office located at 1401 Haddonfield-Berlin Road, Cherry Hill, NJ 08034.

## FACTUAL BACKGROUND

7. On or about April 16, 2018, at or about 3:00 PM, Plaintiff, Joaquin Gessa was traveling westbound on I-495 in the left lane (lane 4) towards the NJ Turnpike South Ramp in Weehawken, NJ.

8. At the same date and time, Defendant, James Laurence Cannady, was operating a rental truck owned by Defendant, Ryder Truck Rental, LT and/or Defendant, C&W Transportation Systems, LLC.

9. At all times relevant hereto, Defendant, James Laurence Cannady, was the agent, servant, workman and/or employee of the co-Defendants and was acting within the course and scope of his employment.

10. At that time, Defendants' vehicle was traveling westbound on I-495 in the center lane towards the NJ Turnpike South Ramp in Weehawken, NJ.

11. Without warning, Defendant, James Laurence Cannady, swerved left into Plaintiff's lane of traffic, striking Plaintiff's vehicle and forcing Plaintiff to strike a median barrier, head-on.

12. As a direct and proximate result of the above incident, Plaintiff sustained permanent

and serious bodily injuries as set forth below.

13. As a result of the negligence and carelessness of the Defendants, Plaintiff, Joaquin Gessa sustained serious pain and injury including but not limited to shoulders, knees, back, neck, nervous system, scarring and disfigurement, surgeries, aggravation and exacerbation of pre-existing conditions, including dystonia, and mental anguish, the extent of all of which is not fully known, pain and suffering and other injuries, some or all of which may be permanent in nature.

14. As a result of the Defendants' negligence and carelessness, Plaintiff, Joaquin Gessa, has been and may in the future be required to spend considerable sums of money for medical treatment, any and all of which may continue to his great financial loss and detriment.

15. As a result of the Defendants' negligence and carelessness, Plaintiff, Joaquin Gessa, has sustained a loss of earnings and/or loss of earning capacity to his great detriment and loss.

16. Further, Plaintiff, Joaquin Gessa, has suffered a diminution of his ability to enjoy the pleasures of life to his great detriment and loss.

## COUNT I
## NEGLIGENCE

17. Plaintiffs incorporate by reference the foregoing Paragraphs as though set forth in fill herein.

18. The aforesaid motor vehicle collision was caused by the negligence of the Defendants in some or all of the following:

    a)    failure to observe and obey traffic signs, signals and controls;
    b)    operating the vehicle at a speed too fast for conditions;
    c)    failure to observe the point and position of Plaintiff's vehicle;
    d)    failure to stop;
    e)    careless driving;
    f)    unsafe driving;
    g)    failure to observe and regard marked lanes.
    h)    negligent hiring;
    i)    negligent entrustment of a motor vehicle;

j) negligent inspection and maintenance of a motor vehicle.

19. As a result of the negligence of the Defendants as aforesaid, Plaintiff suffered the injuries and damages set forth above.

WHEREFORE, Plaintiff, Joaquin Gessa, demands judgment against Defendants, jointly and severally, in an amount in excess of the jurisdictional limits for Arbitration plus interest, costs, attorney's fees and any other relief the Court deems appropriate under the circumstances.

## COUNT II
## LOSS OF CONSORTIUM

23. Plaintiffs incorporate by reference the foregoing Paragraphs as though set forth in full herein.

24. Plaintiff, Gina M. Gessa, is the wife of Joaquin Gessa, and as such has incurred expenses for the treatment of her husband's injuries and may in the future be caused to incur additional expenses as she has in the past.

25. As a result of the aforesaid occurrence, Plaintiff, Gina M. Gessa, to her great detriment and loss, has been deprived of the society, companionship, services and assistance of her husband to which she is legally entitled.

WHEREFORE, Plaintiff, Gina M. Gessa, demands judgment against Defendants, jointly and severally, in an amount in excess of the jurisdictional limits for Arbitration plus interest, costs, attorney's fees and any other relief the Court deems appropriate under the circumstances.

**SHAFFER & GAIER, LLC**

BY: _____
MICHAEL H. GAIER, ESQUIRE

Date: 12/21/18

## JURY DEMAND

The Plaintiffs hereby demand a trial by jury as to all issues.

## DESIGNATION OF TRIAL COUNSEL

PLEASE TAKE NOTICE that Michael H. Gaier, Esquire is hereby designated as trial counsel for this matter.

**SHAFFER & GAIER, LLC**

BY: _____
MICHAEL H. GAIER, ESQUIRE

Date: 12/21/18